```
ROBBINS ARROYO LLP
BRIAN J. ROBBINS (190264)
brobbins@robbinsarroyo.com
GEORGE C. AGUILAR (126535)
gaguilar@robbinsarroyo.com
ASHLEY R. RIFKIN (246602)
arifkin@robbinsarroyo.com
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
```

Attorneys for Plaintiff

[Additional Counsel on Signature Pages]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH BRISTOW, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNPOWER CORPORATION, THOMAS H. WERNER, and CHARLES D. BOYNTON,<br><br>Defendants. | Case No. 3:16-cv-04710-RS<br><br>Hon. Richard Seeborg<br><br>**STIPULATION AND [PROPOSED] ORDER IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>**(Civil L.R. 3-12)** |
| JAY PATEL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SUNPOWER CORPORATION, THOMAS H. WERNER, and CHARLES D. BOYNTON,<br><br>Defendants. | Case No. 3:16-cv-04915-RS<br><br>Hon. Richard Seeborg |

[CAPTION CONTINUED ON NEXT PAGE]

| | |
|---|---|
| BERNARD STERN, Derivatively on Behalf of SUNPOWER CORPORATION,<br><br>                    Plaintiff,<br><br>   v.<br><br>THOMAS H. WERNER, CHARLES D. BOYNTON, ARNAUD CHAPERON, BERNARD CLÉMENT, DENIS GIORNO, DANIEL LAURÉ, CATHERINE LESJAK, THOMAS R. MCDANIEL, HUMBERT DE WENDEL, and PAT WOOD III,<br><br>                    Defendants,<br><br>   – and –<br><br>SUNPOWER CORPORATION,<br><br>                    Nominal Defendant. | Case No. 3:16-cv-05312-RS<br><br>Hon. Richard Seeborg |
| PETER MOSCONE, Derivatively on Behalf of Nominal Defendant SUNPOWER CORPORATION,<br><br>                    Plaintiff,<br><br>   v.<br><br>BERNARD CLÉMENT, DENIS GIORNO, CATHERINE LESJAK, ARNAUD CHAPERON, DANIEL LAURÉ, PAT WOOD III, THOMAS R. MCDANIEL, HUMBERT DE WENDEL, and THOMAS H. WERNER,<br><br>                  Defendants,<br><br>   – and –<br><br>SUNPOWER CORPORATION, a Delaware Corporation,<br><br>                    Nominal Defendant. | Case No. 3:16-cv-05381-RS<br><br>Hon. Richard Seeborg |

[CAPTION CONTINUED ON NEXT PAGE]

| | |
|---|---|
| MELVIN BRENNER, Derivatively on Behalf of SUNPOWER CORPORATION, | Case No. 5:16-cv-05988-EJD |
| Plaintiff, | Hon. Edward J. Davila |
| v. | |
| THOMAS H. WERNER, CHARLES D. BOYNTON, BERNARD CLÉMENT, LADISLAS PASZKIEWICZ, DANIEL LAURÉ, CATHERINE A. LESJAK, THOMAS R. MCDANIEL, PAT WOOD III, ARNAUD CHAPERON, DENIS GIORNO, JEAN-MARC OTERO DEL VAL, and HUMBERT DE WENDEL, | |
| Defendants, | |
| – and – | |
| SUNPOWER CORPORATION, a Delaware corporation, | |
| Nominal Defendant. | |

WHEREAS there are two shareholder class actions and three shareholder derivative actions pending in the U.S. District Court for the Northern District of California and arising out of a common set of facts. These actions are:

| Case Name | Case No. | Filing Date |
|---|---|---|
| *Bristow v. SunPower Corp., et al.* (the "*Bristow* Action") | 16-cv04710-RS | Aug. 16, 2016 |
| *Patel v. SunPower Corp., et al.* (the "*Patel* Action") | 16-cv-04915-RS | Aug. 26, 2016 |
| *Stern v. Werner, et al.* (the "*Stern* Action") | 16-cv-05312-RS | Sept. 16, 2016 |
| *Moscone v. Clement, et al.* (the "*Moscone* Action") | 16-cv-05381-RS | Sept. 20, 2016 |
| *Brenner v. Werner, et al.* (the "*Brenner* Action") | 16-cv-05988-EJD | Oct. 17, 2016 |

WHEREAS, pursuant to Civil Local Rule 3-12, plaintiff Melvin Brenner has filed concurrently herewith an administrative motion to consider whether the *Brenner* Action should be deemed related to the previously-filed *Bristow*, *Patel*, *Stern*, and *Moscone* Actions and reassigned to the Honorable Richard Seeborg;

WHEREAS the *Brenner* Action arises from the substantially similar facts and circumstances as the *Bristow*, *Patel*, *Stern*, and *Moscone* Actions;

WHEREAS it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if these cases are conducted before different judges; and

WHEREAS, defendants have not yet responded to the complaints in any of these actions;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among counsel for the undersigned parties, subject to approval of the Court, that the *Brenner* Action should be deemed related to the previously-filed *Bristow*, *Patel*, *Stern*, and *Moscone* Actions and reassigned to the Honorable Richard Seeborg.

| | | |
|---|---|---|
| 1 | Dated: November 7, 2016 | ROBBINS ARROYO LLP |
| 2 | | *s/ George C. Aguilar* |
| | | GEORGE C. AGUILAR |
| 3 | | |
| 4 | | Brian J. Robbins |
| | | George C. Aguilar |
| 5 | | Ashley R. Rifkin |
| | | 600 B Street, Suite 1900 |
| 6 | | San Diego, CA 92101 |
| | | Telephone: (619) 525-3990 |
| 7 | | Facsimile: (619) 525-3991 |
| | | gaguilar@robbinsarroyo.com |
| 8 | | |
| | | VITA LAW OFFICES P.C. |
| 9 | | Richard J. Vita |
| | | 100 State Street, 9th Floor |
| 10 | | Boston, MA 02109 |
| | | Telephone: (617) 426-6566 |
| 11 | | Facsimile: (617) 249-2119 |
| 12 | | *Attorneys for Plaintiff Melvin Brenner* |
| 13 | Dated: November 7, 2016 | WILSON SONSINI GOODRICH & ROSATI |
| 14 | | Professional Corporation |
| 15 | | *s/ Steven M. Schatz* |
| | | STEVEN M. SCHATZ |
| 16 | | |
| 17 | | Steven M. Schatz |
| | | 650 Page Mill Road |
| 18 | | Palo Alto, CA 94304 |
| | | Telephone: (650) 493-9300 |
| 19 | | Facsimile: (650) 493-6811 |
| | | sschatz@wsgr.com |
| 20 | | *Attorneys for Defendants SunPower Corporation,* |
| 21 | | *Thomas H. Werner, Charles D. Boynton, Bernard* |
| | | *Clément, Ladislas Paszkiewicz, Daniel Lauré,* |
| 22 | | *Catherine A. Lesjak, Thomas R. Mcdaniel, Pat* |
| | | *Wood III, Arnaud Chaperon, Denis Giorno, Jean-* |
| 23 | | *Marc Otero del Val, and Humbert de Wendel* |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

- 2 -

STIPULATION AND [PROPOSED] ORDER RE: ADMIN. MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
CASE NOS. 16-CV04710-RS; 16-CV-04915-RS; 16-CV-05312-RS; 16-CV-05381-RS; 16-CV-05988-EJD

| | | |
|---|---|---|
| 1 | Dated: November 7, 2016 | GLANCY PRONGAY & MURRAY LLP |
| 2 | | *s/ Leslie F. Portnoy* |
| 3 | | LESLIE F. PORTNOY |

Lionel Z. Glancy
Robert V. Prongay
Lesley F. Portnoy
Charles H. Linehan
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
lportnoy@glancylaw.com

LAW OFFICES OF HOWARD G. SMITH
Howard G. Smith
3070 Bristol Pike, Suite 112
Bensalem, PA 19020
Telephone: (215) 638-4847
Facsimile: (215) 638-4867

*Attorneys for Plaintiff Kenneth Bristow*

Dated: November 7, 2016                              POMERANTZ LLP

*s/ J. Alexander Hood II*
J. ALEXANDER HOOD II
(*Admitted Pro Hac Vice*)

Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
ahood@pomlaw.com

POMERANTZ LLP
Jennifer Pafiti
468 North Camden Drive
Beverly Hills, CA 90210
Telephone: (818) 532-6499

*Attorneys for Plaintiff Jay Patel*

- 3 -
STIPULATION AND [PROPOSED] ORDER RE: ADMIN. MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
CASE NOS. 16-CV04710-RS; 16-CV-04915-RS; 16-CV-05312-RS; 16-CV-05381-RS; 16-CV-05988-EJD

| | | |
|---|---|---|
| Dated: November 7, 2016 | | BRODSKY & SMITH, LLC |

*s/ Evan J. Smith*
EVAN J. SMITH

Evan J. Smith
9595 Wilshire Blvd.
Beverly Hills, CA 90212
Telephone: (877) 534-2590
Facsimile: (310) 247-0160
esmith@brodsky-smith.com

PROFY PROMISLOFF & CIARLANTO, P.C.
Jeffrey J. Ciarlanto
Joseph M. Profy
David M. Promisloff
100 N. 22nd Street, Unit 105
Philadelphia, PA 19103
Telephone: (215) 259-5156
Facsimile: (215) 600-2642

LAWOFFICE OF ALFRED G. YATES, JR., P.C.
Alfred G. Yates, Jr.
Gerald L. Rutledge
519 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219
Telephone: (412) 391-5164
Facsimile: (412) 471-1033

*Attorneys for Plaintiff Bernard Stern*

Dated: November 7, 2016                    THE WAGNER FIRM

*s/ Avi N. Wagner*
AVI N. WAGNER

Avi N. Wagner
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 491-7949
Facsimile: (310) 694-3967
avi@thewagnerfirm.com

GAINEY McKENNA & EGLESTON
Thomas J. Mckenna
Gregory M. Egleston
440 Park Avenue South, 5th Floor
New York, NY 10016
Telephone: (212) 983-1300
Facsimile: (212) 983-0383

*Attorneys for Plaintiff Peter Moscone*

- 4 -

I, George C. Aguilar, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order in Support of Administrative Motion to Consider Whether Cases Should Be Related. In compliance with Civil L.R. 5-1(i), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories.

*s/ George C. Aguilar*
GEORGE C. AGUILAR

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 11/9/16

HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE